UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EMMANUEL L. HAYMON, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:20-CV-647-JD-MGG |
| WEXFORD INDIANA, LLC, et al., | |
| Defendants. | |

OPINION AND ORDER

Emmanuel L. Haymon, a prisoner without a lawyer, was granted until September 7, 2020, to file an amended complaint. He was cautioned that if he did not respond by the deadline, this case would be dismissed without further notice because his current complaint does not state a claim. The deadline has passed, but Haymon did not respond.

For these reasons, this case is DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim.

SO ORDERED on September 21, 2020

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT